# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00767-CV

**Millers Mutual Insurance Association/Jupe Feeds, Inc. d/b/a Wendlands Farm Products, Appellants**

**v.**

**Jupe Feeds, Inc. d/b/a Wendlands Farm Products/Millers Mutual Insurance Association, Appellees**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT NO. 186,440-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion notifying this Court that they have settled their dispute and asking this Court to vacate the trial court's judgment and remand the cause for entry of an agreed take-nothing judgment in conformity with their settlement agreement. We grant the motion, vacate the trial court's judgment, and remand the cause to the trial court for further proceedings consistent with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a).

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Vacated and Remanded

Filed:   July 29, 2004